The Honorable Lauren King

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HANNAH RYU and ELLA BOERS, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COTTON ON USA, INC.,<br><br>Defendant. | Case No. 2:25-cv-02459-LK<br><br>**STIPULATED MOTION TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT; [PROPOSED] ORDER**<br><br>**NOTE ON MOTION CALENDAR: JANUARY 6, 2026** |

## [Proposed] ORDER

Pursuant to the foregoing Stipulated Motion and finding good cause therefor, the Court hereby GRANTS the Parties' Motion and ORDERS as follows:

1. Defendant's deadline to file its anticipated Motion to Dismiss the Complaint shall be extended to January 15, 2026;

2. Plaintiffs' Opposition to the Motion shall be due February 23, 2026; and

3. Defendant's Reply shall be due March 9, 2026.

IT IS SO ORDERED

Dated this  6th  day of January, 2026

_____
Hon. Lauren King, U.S.D.J.

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT - 1
*Ryu v. Cotton On USA, Inc.*, No. 2:25-cv-02459-LK

**SEBRIS BUSTO JAMES**
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005